IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| JINDARAT BREWER, § | |
| § | |
| Petitioner, § | |
| § | |
| v. § | CIVIL ACTION NO. H-13-1161 |
| § | |
| BRAD LIVINGSTON, *et al*, § | |
| § | |
| Respondent. § | |

**ORDER ADOPTING MEMORANDUM AND RECOMMENDATION**

This court has reviewed the Memorandum and Recommendation on the motion to dismiss filed by defendants Ayegbusi Daniels and Joe Lopez and on the motion for alternative service filed by the plaintiff Brewer. The United States Magistrate Judge signed the Memorandum and Recommendation on February 4, 2014. No objections have been filed. This court has made a *de novo* determination of the motions. Rule 72(b), Fed. R. Civ. P.; 28 U.S.C. § 636(b)(1)(C); *United States v. Wilson*, 864 F.2d 1219 (5th Cir. 1989). Based on the pleadings, the record, and the applicable law, the court adopts the Memorandum and Recommendation as this court's Memorandum and Order. This court denies the defendants' motion to dismiss (Docket Entry No. 36). The Magistrate Judge properly granted the plaintiff's motion for extension of time to effect service (Docket Entry No. 35), and service has been effected.

SIGNED on February 20, 2014, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge